## O. A. LA BUDDE, as Collector, etc., v. WISCONSIN MILLING COMPANY.
### No. 5691.

Circuit Court of Appeals, Seventh Circuit.
Feb. 13, 1936.

B. J. Husting, U. S. Atty., and L. Hugo Keller, Asst. U. S. Atty., both of Milwaukee, Wis., for appellant.

William Furst, of Minneapolis, Minn., for appellee.

Before EVANS, SPARKS, and ALSCHULER, Circuit Judges.

PER CURIAM.

It appearing that cause No. 5689, O. A. La Budde, Individually and as Collector of Internal Revenue v. Cudahy Brothers Company [81 F.(2d) 1079] was

**1020**

dismissed by this court on February 11, 1936.

It is now here ordered, adjudged and decreed by this court that this appeal be, and the same is hereby dismissed, pursuant to the foregoing stipulation.